**DENY; and Opinion Filed February 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00046-CV

### IN RE MARK SCHWARZ, NEWCASTLE CAPITAL MANAGEMENT, L.P., NEWCASTLE CAPITAL GROUP L.L.C., AND GEOWORKS CORPORATION, Relators

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-00144-M**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Reichek
Opinion by Justice Brown

In this original proceeding, relators seek a writ of mandamus directing the trial court to vacate a September 25, 2018 order that vacated the associate judge's protective order as to three recorded conversations relators maintain are privileged and contain trade secrets. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ

of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Ada Brown/
ADA BROWN
JUSTICE

190046F.P05